# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131650
& (34)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

JIMMY LEWIS THOMAS,
     Defendant-Appellant.

SC: 131650
COA: 266532
Wayne CC: 04-001200-01

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the July 3, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2006

_____
Clerk

11023